# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2107

_____

DIYONNE MCGRAW,

Petitioner,

v.

GOVERNOR RON DESANTIS,

Respondent.

_____

Petition for Writ of Prohibition—Original Proceedings.

September 26, 2025

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Richard Keith Alan II, Palm Beach Gardens, for Petitioner.

No appearance for Respondent.